IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GERALD WAYNE BLACKMON                          PLAINTIFF

v.                                                  NO. 1:20-CV-00196-GHD-DAS

LEE COUNTY                                           DEFENDANT

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 24, 2020, Plaintiff Gerald Wayne Blackmon, proceeding *pro se*, filed a complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. On March 29, 2021, the Court entered a Scheduling Order directing the plaintiff to submit a witness and exhibit list on or before June 28, 2021. Doc. #43. The order further advised the plaintiff that failure to submit his witness and exhibit lists would result in the dismissal of his case. *Id.* Despite the court's directive, the plaintiff failed to the submit these lists, and the deadline for doing passed more than three months ago. *Id.*

Because of his noncompliance, an Order was entered on September 14, 2021, directing Plaintiff to show cause, within twenty-one (21) days, why his case should not be dismissed for failure to prosecute and/or obey an order of the Court. Doc. # 52. Plaintiff has failed to respond to the show cause order, and the time for doing so has passed. Accordingly, the Court finds that the instant action is hereby **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED, this, the _6_ day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI